UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT **KNOXVILLE**



**CHRISTOPHER**
**LOGAN**
**JETT**           )
(Enter above the NAME of the
plaintiff in this action.)

3:20-cv-365-DCLC-HBG

v.

**ANDERSON COUNTY, TN &**
**Ridgeview Mental Health Care Providers**   )

(Enter above the NAME of each
defendant in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

1

2.  COURT: (If federal court, name the district; if state court, name the county): _____

3.  DOCKET NUMBER: _____

4.  Name of Judge to whom case was assigned: _____

5.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: ANDERSON County DETENTION Facility
308 Public Safety Ln, Clinton, TN 37716

A.  Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C.  If your answer is YES,

  1. What steps did you take? EXHAUSTED AVAILABLE REMEDIES, Mental Health Treatment Requests excessively, (written)

  2. What was the result? NO Relief

D.  If your answer to B is NO, explain why not. — 0 —
    — 0 —

E.  If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F.  If your answer is YES, is aware of my PTSD, and other Mental Impairments, Plaintiff has excessively sought Treatment

  1. What steps did you take? Written Requests for Mental Health Treatment AS WELL AS T.B.E. facility Kiosk Requests.

2

2. What was the result? Was informal treatment not Available to State Prisoners, only Available to County Prisoners, in particular, Diagnostic inquiries, plaintiff Had to wait til He got to prison for that.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _____

Present address: _____

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Anderson Cnty, TN

Official position: Municipality

Place of employment: 100 Main St, Clinton, TN Room 205 / Mayor Terry Frank 37716

C. Additional defendants: Ridgeview Mental Health Services / James Landry Methodist Medical Center, Oak Ridge, TN 37840

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

(Inmate has made Anderson Co. TN Aware a CDF employees)
Petitioner is a State Prisoner Being Housed at A.C.D.F

3

and has repeatedly and vigilantly sought mental health treatment at A.C.D.F. by every available means made available at facility. Petitioner has mental health issues, the medicine for, and his treatment have been denied, by this facility and treatment provider because petitioner is a state prisoner. And diagnosis of T.D.O.C. prisoners not available from Ridgeview, or A.C.D.F. (Mental Health Care provider) Told petitioner he is not eligible for treatment that they didn't treat T.D.O.C. prisoners, even with medication. That he could only afford treatment to Anderson County Prisoners because of "Contract"/"Policy" with Anderson County, TN. does not include State prisoners. Petitioner avers he has suffered mental health related deficiencies, as to the treatment, diagnosis, medications at the hand of Custom/Policy of Aforesaid Defendants. Petitioner prays Relief from 8th Amendment violations Alleged. And that is alleged that Anderson County TN, and its Contract Mental Health Care provider have in place, a Custom/Policy of not providing timely and Adequate Mental Health Care to all inmates in their care, as such are serious medical needs. Petitioner prays relief

and believes he is entitled to relief. Plaintiff further avers that he has spoken with Counselors and was instructed to seek Mental Health Treatment for P.T.S.D and a mild Schizophrenia due to being assaulted and abused as a child.

4 →

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Injunction for treatment of all inmates, Declaration of Unconstitutional Custom/Policy of Defendants, Compensatory Damages & Punitive Damages not to exceed Ten Million, Reprimand all parties involved

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 2nd day of August, 2020.

_____
Signature of plaintiff(s)

5

Christopher Logan Jett A.C.D.F
308 Public Safety Ln
Clinton, TN 37716

RECEIVED
AUG 18 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

The sender of this letter is an Anderson County Inmate

CLERK OF COURT E.D. TN
HOWARD H. BAKER JR. U.S. COURT HOUSE
800 MARKET ST. SUITE 130
KNOXVILLE, TN 37902



KNOXVILLE TN 377
17 AUG 2020 PM 1 L

37902-230330