UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| CHRISTOPHER LOGAN JETT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:20-CV-365-DCLC-HBG |
| | ) | | |
| ANDERSON COUNTY, TN, | ) | | |
| RIDGEVIEW MENTAL HEALTH | ) | | |
| SERVICES, and JAMES LANDRY, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for default judgment [Doc. 40] is **DENIED**;'

2. This action is **DISMISSED** for want of jurisdiction;

3. Defendants Landry and Ridgeview's joint motion to dismiss and/or for summary judgment [Doc. 33] is **DENIED as moot**;

4. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

5. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

                                                        s/Clifton L. Corker
                                                        United States District Judge

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
   CLERK OF COURT